Thomas A. Banducci (ISB 2453)
tab@andersenbanducci.com
Wade L. Woodard (ISB 6312)
wlw@andersenbanducci.com
Brent Bastian (ISB 8071)
bsb@andersenbanducci.com
**ANDERSEN BANDUCCI PLLC**
101 South Capitol Boulevard, Suite 1600
Boise, ID 83702-7720
Telephone     208.342.4411
Facsimile      208.342.4455

*Attorneys for Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Successors*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>                              Plaintiffs,<br>vs.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in the State of Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation sole registered to do business in the State of Idaho,<br><br>                              Defendants. | Case No.: 1:13-cv-00275-BLW<br><br>**STIPULATION TO STAY PENDING MOTIONS TO DISMISS FOR *FORUM NON CONVENIENS*** |

COME NOW Brent S. Bastian of Andersen Banducci PLLC, counsel for Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Corporation of the President of The Church of Jesus Christ of Latter-day Saints; Stephen R. Thomas of Moffatt, Thomas, Barrett, Rock & Fields, Chartered, counsel for Defendant Boy Scouts of America; and Gilion C. Dumas of Dumas Law Group, LLC, counsel for Plaintiffs, (collectively, the "Stipulating Parties"), agree to stay the two pending Motions to Dismiss for *Forum Non Conveniens* (Doc. Nos. 93 and 97) until after the mediation, which is currently scheduled for September 6-9, 2016.  The parties further stipulate that no rights currently belonging to any party related to these motions will be waived during the pendency of this stay. The parties also agree that once the mediation has ended, any party may contact the Court to ask for a new briefing schedule.

DATED this 5th day of February 2016.

ANDERSEN BANDUCCI PLLC


           /s/ Brent S. Bastian
Brent S. Bastian
*Attorneys for Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Successors*

DATED this 5th day of February 2016.

        MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

        /s/ Stephen R. Thomas
        Stephen R. Thomas
        *Attorneys for Defendant Boy Scouts of America*

DATED this 5th day of February 2016.

        DUMAS LAW GROUP, LLC

        /s/ Gilion C. Dumas
        Gilion C. Dumas
        *Attorneys for Plaintiffs*

STIPULATION TO STAY PENDING MOTIONS TO DISMISS FOR *FORUM NON CONVENIENS* - 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Andrew M. Chasan | andrew.chasan@chasanwalton.com |
| Timothy C. Walton | timwalton2000@hotmail.com |
| Gilion C. Dumas | gilion@dumaslawgroup.com |
| Ashley L. Nastoff | ashley@dumaslawgroup.com |
| Stephen R. Thomas | srt@moffatt.com |
| Mindy M. Willman | mmw@moffatt.com |
| Tyler J. Anderson | tya@moffatt.com |

/s/
Brent S. Bastian