UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>                Plaintiffs,<br><br>    v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINS, a foreign corporation sole registered to do business in the State of Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in the State of Idaho,<br><br>                Defendants. | Case No. 1:13-cv-00275-BLW<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Stay Pending Motions to Dismiss for *Forum Non Conveniens* (Dkt. 99). The parties wish to stay the two pending Motions to Dismiss for *Forum Non Conveniens* (Dkt. Nos. 93 and 97) until after mediation, which is currently scheduled for September 6–9, 2016. The Court, having

ORDER - 1

reviewed the Stipulation, finds that good cause exists to approve the Stipulation and stay the two motions to dismiss. Accordingly, IT IS ORDERED:

1. The parties' Stipulation to Stay Pending Motions to Dismiss for *Forum Non Conveniens* (Dkt. 99) is **APPROVED** and the two pending Motions to Dismiss for *Forum Non Conveniens* (Dkt. Nos. 93 and 97) are hereby stayed and shall be resolved after mediation.

2. After mediation has concluded, the parties shall contact the Court immediately to establish a briefing schedule, if necessary.



DATED: February 16, 2016

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**