Steven B. Andersen (ISB 2618)
*sba@aswblaw.com*
Wade L. Woodard (ISB 6312)
*wlw@aswblaw.com*
Brent Bastian (ISB 8071)
*bsb@aswblaw.com*
**ANDERSEN SCHWARTZMAN**
**WOODARD BRAILSFORD, PLLC**
101 South Capitol Boulevard, Suite 1600
Boise, ID 83702-7720
Telephone       208.342.4411
Facsimile       208.342.4455

*Attorneys for Defendant Corporation of the*
*Presiding Bishop of The Church of Jesus Christ of*
*Latter-day Saints and Defendant Corporation of*
*the President of The Church of Jesus Christ of*
*Latter-day Saints and Successors*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>                    Plaintiffs,<br>vs.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>                    Defendants. | Case No.: 1:13-cv-00275-BLW<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS XIII AND XIX** |

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO WITHDRAW AS
ATTORNEY FOR PLAINTIFFS XIII AND XIX - 1

Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Corporation of the President of The Church of Jesus Christ of Latter-day Saints (referred to hereinafter collectively as "LDS Defendants") submit this Notice of Non-Opposition to Plaintiffs' Motion to Withdraw as Attorney for Plaintiffs XIII and XIX.

DATED this 13th day of May 2016.

ANDERSEN SCHWARTZMAN WOODARD BRAILSFORD, PLLC


_____/s/ Brent S. Bastian_____
Brent S. Bastian
*Attorneys for Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Successors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May 2016, I caused a true and correct copy of

the foregoing document to be electronically filed with the Clerk of the Court using the

CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Andrew M. Chasan | andrew.chasan@chasanwalton.com |
| Timothy C. Walton | timwalton2000@hotmail.com |
| Gilion C. Dumas | gilion@dumaslawgroup.com |
| Ashley L. Nastoff | ashley@dumaslawgroup.com |
| Stephen R. Thomas | srt@moffatt.com |
| Mindy M. Willman | mmw@moffatt.com |
| Tyler J. Anderson | tya@moffatt.com |

                                                    /s/
                                            Brent S. Bastian