Steven B. Andersen (ISB 2618)
sba@aswblaw.com
Wade L. Woodard (ISB 6312)
wlw@aswblaw.com
Brent Bastian (ISB 8071)
bsb@aswblaw.com
**ANDERSEN SCHWARTZMAN**
**WOODARD BRAILSFORD, PLLC**
101 South Capitol Boulevard, Suite 1600
Boise, ID 83702-7720
Telephone     208.342.4411
Facsimile      208.342.4455

*Attorneys for Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Successors*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>               Plaintiffs,<br>vs.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>               Defendants. | Case No.: 1:13-cv-00275-BLW<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

NOTICE OF WITHDRAWAL OF ATTORNEY - 1

COMES NOW Steven B. Andersen, Wade L. Woodard, and Brent S. Bastian of the firm Andersen Schwartzman Woodard Brailsford, PLLC, counsel for Defendants Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Corporation of the President of The Church of Jesus Christ of Latter-day Saints, and notifies the Court and opposing counsel of the withdrawal of Thomas A. Banducci as one of the attorneys of record in the above-entitled case, and requests his name be removed from the ECF service list.

DATED this 26th day of May 2016.

ANDERSEN SCHWARTZMAN WOODARD BRAILSFORD, PLLC

/s/ *Wade L. Woodard*
Wade L. Woodard
*Attorneys for Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Successors*

NOTICE OF WITHDRAWAL OF ATTORNEY - 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2016, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Andrew M. Chasan | andrew.chasan@chasanwalton.com |
| Timothy C. Walton | timwalton2000@hotmail.com |
| Gilion C. Dumas | gilion@dumaslawgroup.com |
| Ashley L. Nastoff | ashley@dumaslawgroup.com |
| Stephen R. Thomas | srt@moffatt.com |
| Mindy M. Willman | mmw@moffatt.com |
| Tyler J. Anderson | tya@moffatt.com |

/s/
Wade L. Woodard