UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>     Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>     Defendants. | Case No. 1:13-cv-00275-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF JOHN DOE X CLAIMS AGAINST DEFENDANT BOY SCOUTS OF AMERICA** |

   This matter having come before the Court upon the Stipulation for Dismissal of John Doe X, With Prejudice, Against Defendant Boy Scouts of America, dismissing Defendant Boy Scouts of America from this action, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

**ORDER OF DISMISSAL - 1**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Complaint against Defendant Boy Scouts of America and all claims and causes of action that were or might have been asserted by Doe X in this case are hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED: June 2, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court