UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE I-XIX and JOHN ELLIOTT,<br><br>Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>Defendants. | Case No. 1:13-cv-00275-BLW<br><br>**STATUS REPORT AND SUPPLEMENTAL CASE MANAGEMENT ORDER** |

The Court held a status conference with the parties on **December 22, 2017**. Pursuant to the agreements reached therein,

**NOW THEREFORE IT IS HEREBY ORDERED** that the following supplemental deadlines and procedures will govern this litigation:

1.  Discovery related to authentication of documents shall remain open until thirty (30) days before trial in this matter, or such other time the parties may agree upon.

**SUPPLEMENTAL CASE MANAGEMENT ORDER - 1**

After the resolution of dispositive motions, the parties shall meet and confer to agree on the procedures for stipulating to the authenticity of documents intended to be used at trial, and for discovery on documents for which authenticity cannot be stipulated. Within ten (10) days after the resolution of dispositive motions, the parties shall file a status update with the Court as to the parties' negotiations on this matter.

2. The Court will conduct a **telephonic status conference** with the parties on **January 5, 2018 at 10:00 a.m.,** concurrent with the Telephonic Scheduling Conference set in related Case No. 1:17-cv-00184-BLW.

3. On or before January 3, 2018, Plaintiffs and the BSA Defendants shall each submit position statements regarding the BSA Defendants' objections to Plaintiffs' RFP No. 57.

4. On or before January 3, 2018, Plaintiffs and the LDS Defendants shall submit a status report regarding Defendants' efforts to determine whether the 52 individuals identified in Plaintiffs' Request for Admission were (1) members of the LDS church; and, if so (2) what ward they were assigned to during the time period relevant to Plaintiffs' Complaint.

5. <u>Law Clerk</u>: The law clerk assigned to this case is **Molly Danahy**, who may be reached at (208) 334-9363.

6. Discovery Disputes:

   a. I will **not** refer this case to a magistrate judge for resolution of discovery disputes and non-dispositive motions. I will keep these motions on my own docket.

   b. The parties will strictly comply with the meet and confer requirements of Local Rule 37.1 prior to filing any discovery motions.

   c. In addition, I will not entertain any written discovery motions until the Court has been provided with an opportunity to informally mediate the parties' dispute. To facilitate that mediation, the attorneys will first contact Molly Danahy, the law clerk assigned to this case, and shall provide her with a brief written summary of the dispute and the parties' respective positions. Ms. Danahy may be able to offer suggestions that will resolve the dispute without the need of my involvement. If necessary, an off-the-record telephonic conference with me will then be scheduled as soon as possible. I will seek to resolve the dispute during that conference and may enter appropriate orders on the basis of the conference. I will only authorize the filing of a discovery motion and written briefing if we are unable to resolve the dispute during the conference.

   d. Prior to filing any discovery motions, counsel must certify, not only that they have complied with Local Rule 37.1, but that they have complied with the foregoing procedures.

7. <u>Calendaring Clerk</u>:  Scheduling matters and calendar issues may be directed to **Jamie Bracke**, who may be reached at (208) 334-9021.

8. <u>Docketing Clerk</u>: If you have a docketing question, please contact a docket clerk at (208) 334-1361.

DATED: December 22, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court