UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX and JOHN ELLIOTT, | Case No. 1:13-cv-00275-BLW |
| Plaintiffs, | STATUS REPORT AND ORDER |
| v. | |
| BOY SCOUTS OF AMERICA, et al., | |
| Defendants. | |

The Court held a status conference with the parties on February 9, 2018 to discuss scheduling issues in the above captioned case. Pursuant to the agreements reached therein:

**NOW THEREFORE IT IS HEREBY ORDERED** that

1. Subject to the resolution of dispositive motions, an initial trial date is set for April 15, 2019 in the above captioned case. Trial is expected to last three weeks, and the parties will be on the clock. The setting of a formal trial calendar, the designation of which case or cases will be tried on that date, and the schedule for pretrial filings shall be taken up during a status conference after the resolution of dispositive motions and any motions to consolidate or for punitive damages.

2. The LDS Defendants will work with Plaintiffs' counsel to set an expedited briefing schedule for any dispositive motion against Doe I. The parties shall file a stipulated schedule by 5:00 p.m. on February 16, 2018.

3. The hearing on all other dispositive motions shall be set for hearing during the week of June 11, 2018. The precise date and time will be set by subsequent order. The Court anticipates that a decision on those motions will be issued within 6 weeks.

4. Subject to the resolution of dispositive motions, the deadline to file any Motion to Consolidate cases for trial, or any Motion for Punitive Damages shall be August 8, 2018. Responses shall be due by August 29, 2018 and Replies shall be due by September 12, 2018.

DATED: February 9, 2018

B. Lynn Winmill
Chief Judge
United States District Court