UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOE I-XIX and JOHN ELLIOTT,<br><br>          Plaintiffs,<br><br>      v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to business in Idaho,<br><br>          Defendants. | Case No. 1:13-cv-00275-BLW<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Court's Order, Dkt. 324, Doe I's claim against the LDS Church is currently stayed, and there is no motion yet pending by the Church Defendants for summary judgment against Doe I. Under Rule 56(f), however, the Court may "consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute." Fed. R. Civ. P. 56(f). Before granting summary judgment

against a party *sus sponte*, however, the Court must give the party notice and opportunity to respond. *Id.*

In the Memorandum and Decision Order issued concurrently herewith, the Court found that Doe I knew the facts underlying his claim for constructive fraud in 2007, and thus that his claim is barred by the statute of limitations. As such, the Court directs Doe I to show cause why, in the absence of a genuine issue of fact as to whether his claim is barred by the statute of limitations, the Court should not grant summary judgment to the Church Defendants. Accordingly,

**IT IS ORDERED** that Doe I must show cause within ten (10) days of the issuance of this Order why the Church Defendants are not entitled to summary judgment on the grounds that his claim is barred by the statute of limitations.

DATED: August 31, 2018

B. Lynn Winmill
Chief U.S. District Court Judge