Stephen R. Thomas, ISB No. 2326
Tyler J. Anderson, ISB No. 6632
Mindy M. Muller, ISB No. 7983
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5274
Email: sthomas@hawleytroxell.com
      tanderson@hawleytroxell.com
      mmuller@hawleytroxell.com

Attorneys for Boy Scouts of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>      Plaintiff,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>      Defendants. | Case No. 1:13-cv-00275-BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF JOHN DOE I |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF JOHN DOE I - 1

COME NOW the Plaintiff, John Doe I, and Defendants Boy Scouts of America, Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Corporation of the President of The Church of Jesus Christ of Latter-day Saints, by and through their attorneys of record, and hereby stipulate and agree that the above-entitled action by John Doe I, including all claims that were or might have been brought, is to be dismissed with prejudice, with each party to bear his/its own respective costs and fees.

DATED THIS __13__ day of December, 2018.

                        CHASAN & WALTON, LLC

                        By _____
                           Andrew M. Chasan – Of the Firm
                           Attorneys for Plaintiff

DATED THIS __13__ day of December, 2018.

                        ANDERSON SCHWARTZMAN WOODARD
                        BRAILSFORD, PLLC

                        By _____
                           Wade L. Woodard – Of the Firm
                           Attorneys for Defendant Corporation of the
                           Presiding Bishop of The Church of Jesus Christ
                           of Latter-day Saints and Defendant Corporation
                           of the President of The Church of Jesus Christ
                           of Latter-day Saints and Successors

DATED THIS **13** day of December, 2018.

                            HAWLEY TROXELL ENNIS & HAWLEY LLP

By  */s/ Stephen R. Thomas*
      Stephen R. Thomas – Of the Firm
      Attorneys for Boy Scouts of America

STIPULATION FOR DISMISSAL WITH PREJUDICE OF JOHN DOE I - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of December, 2018, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE OF JOHN DOE I with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Andrew M. Chasan<br>*Attorneys for Plaintiffs* | andrew.chasan@chasanwalton.com |
| Timothy C. Walton<br>*Attorneys for Plaintiffs* | timwalton2000@hotmail.com<br>Jody@chasanwalton.com |
| Gilion C. Dumas<br>*Attorneys for Plaintiffs* | gilion@dumaslawgroup.com |
| Ashley L. Vaughn<br>*Attorneys for Plaintiffs* | ashley@dumaslawgroup.com |
| Steven B. Andersen | sba@aswblaw.com |
| Haley Krug | hkk@aswblaw.com |
| Wade L. Woodard<br>*Attorneys for Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints and Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints and Successors* | wlw@aswblaw.com<br>mar@aswblaw.com<br>ajg@aswblaw.com<br>kcg@aswblaw.com |

                                        /s/ Stephen R. Thomas
                                        Stephen R. Thomas