# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX, and JOHN ELLIOTT,<br><br>      Plaintiffs,<br><br>      v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>      Defendants. | Case No. 1:13-cv-00275-BLW<br><br>**ORDER** |

      The parties have stipulated to dismiss the claims of plaintiffs John Doe I, John Doe II, and John Doe V. Having reviewed the filings,

      NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulations (docket nos. 350, 351 & 352) are APPROVED, and the claims of John Doe I, John Doe II and John Doe V, including all claims that were or might have been brought, are DISMISSED WITH PREJUDICE with each party to bear their own respective costs and fees.



DATED: December 17, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge