**CHASAN & WALTON, LLC**
ANDREW M. CHASAN, ISB #2100
E-mail: andrew.chasan@chasanwalton.com
TIMOTHY C. WALTON, ISB #2170
E-mail: timwalton2000@hotmail.com
P.O. Box 1069
Boise, Idaho 83701
Phone: 208-345-3760
Fax: 208-345-0288

**DUMAS LAW GROUP, LLC**
GILION C. DUMAS, ISB #8176
E-mail: gilion@dumaslawgroup.com
ASHLEY L. VAUGHN, admitted pro hac vice
E-mail: ashley@dumaslawgroup.com
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Phone: 503-616-5007
Fax: 888-396-3226

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN DOES I-XIX and JOHN ELLIOTT,<br><br>Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, a congressionally chartered corporation authorized to do business in Idaho; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in Idaho; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation registered to do business in Idaho,<br><br>Defendants. | Case No. 1:13-cv-00275-BLW<br><br>**DECLARATION OF GILION C. DUMAS IN SUPPORT OF PLAINTIFFS' RESPONSE TO BSA'S MOTION IN LIMINE RE: THIRD PARTY EVIDENCE** |

**DECLARATION OF GILION C. DUMAS IN SUPPORT OF PLAINTIFFS' RESPONSE TO BSA'S MOTION IN LIMINE RE: THIRD PARTY EVIDENCE**

I, Gilion C. Dumas, declare and say as follows:

1. I am an attorney for Plaintiffs in the above-captioned matter. I make this declaration based on personal knowledge and am competent to testify to the matters stated herein.

2. Attached as Exhibit 1 is a true and accurate copy of excerpts from the 1969 *Boy Scout Parents' Book* (BSA_ID 9773, 9783, 9784) produced by Defendant BSA in discovery in this case. Defendant BSA has stipulated to the authenticity of this exhibit.

3. Attached as Exhibit 2 is a true and accurate copy of excerpts from the 1967 58th Annual Report to Congress, Boy Scouts of America (BSA_ID 3654, 3696, 3697), produced by Defendant BSA in discovery in this case. BSA has stipulated to the authenticity of this exhibit.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 26th day of April, 2019.

/s/ Gilion C. Dumas
Gilion C. Dumas, ISB #8176
**DUMAS LAW GROUP, LLC**

*Attorney for Plaintiffs*

**DECLARATION OF GILION C. DUMAS IN SUPPORT OF PLAINTIFFS' RESPONSE TO BSA'S MOTION IN LIMINE RE: THIRD PARTY EVIDENCE - 1**



BSA_ID 9773



## YOUR SON AND BOY SCOUTING

The Boy Scout program matches the growing needs of boys eleven through seventeen. Whether it's the need of a good gang, uniform, adult leaders, recognition, or just fun and adventure; Scouting has much to offer your boy!

### GANG WITH IDEALS

Your son will want to be a part of a boy gang. The Scout troop can be that gang—a gang with a code of ideals which he seeks at this stage of his development. The Scout Oath with its phrasing "On my honor, I will do my best . . ." fits the capacity of a boy. He can always reach to do *his* best.

7

BSA_ID 9783

## UNIFORM TO WEAR

All boys, in belonging to a gang or club, seek to wear clothing that identifies them as members. That clothing may be a baseball outfit or Boy Scout uniform.

The Boy Scout uniform is the same for every boy, regardless of race, creed, or financial circumstances. It proclaims to everyone that a Scout is a friend to all and a brother to every other Scout.

The uniform is a valuable asset in the process of building boys for manhood. Through it, habits of neatness and appearance are established. The very wearing of the uniform is a reminder of the ideals of Scouting—the Good Turn and the pledge of "On my honor."

## BOY'S KIND OF GUY

The man who instills the ideals of Scouting in a boy is his Scoutmaster. Scouts benefit immensely from companionship with this man of good character.

Just as boys crowd around an astronaut or a star athlete, Scouts gather around their Scoutmaster. They see him as the "kind of guy" they would like to be.

Scoutmasters' jobs, educations, and religions may vary, but they all have the unique ability to get inside a boy and gain his confidence.

## FUN AND ADVENTURE

The Scoutmaster accomplishes his Scouting goals by seeing that his Scouts find fun and adventure in the troop's outdoor program, games and contests, and Scoutcraft.

This boy at eleven has a hunger for hiking on the trail, living under canvas, cooking a meal over an open fire, and getting out and away from man-made surroundings. He seeks the fellowship of other boys around a campfire. He satisfies his need for adventure by listening to campfire tales about the glories of his country, its leaders, and their adventures.

## RECOGNITION THROUGH ADVANCEMENT

As your son takes part in these activities, he will soon find he is meeting the requirements of a series of ranks. When he has qualified, he can wear a badge of rank on his uniform.

More ability is required of your boy as he climbs the ladder of Boy Scouting. An expanding series of character and citizenship experi-

8



90th Congress, 2d Session
House Document No. 287
1968

# 1967
## 58th ANNUAL REPORT TO CONGRESS
## BOY SCOUTS OF AMERICA

BSA_ID 3654

## National Summary of Leadership Training—Continued

2. Commissioners having completed commissioner training (509 of the 512 councils reporting):

| Total: | Number | Percent |
|---|---|---|
| 1967 | 32,067 | 67.5 |
| 1966 | 32,402 | 69.7 |
| 1965 | 32,484 | 71.6 |

3. Den Mothers having completed training (503 of the 512 councils reporting):

| Total: | | |
|---|---|---|
| 1967 | 103,063 | 33.0 |
| 1966 | 96,160 | 31.4 |
| 1965 | (¹) | (¹) |

4. Summary of unit leader training (510 of the 512 councils reporting):

| | Number of sessions conducted | Number of individuals attending |
|---|---|---|
| A. Cub Scout leaders: | | |
| Cub Scout program—Orientation | 11,870 | 182,003 |
| Planning the Cub Scout program | 7,532 | 100,282 |
| Pack management | 5,423 | 56,646 |
| The pack meeting | 5,761 | 61,856 |
| The den meeting | 7,372 | 86,498 |
| Den Mother-den chief relationships | 5,389 | 64,907 |
| Operating a Webelos den | 2,871 | 32,068 |
| The Den Leader coach | 1,762 | 17,959 |
| The Cub Scout pow wow | 797 | 67,017 |
| Den chiefs' training conference | 963 | 24,156 |
| Cub Scout leader instructor training | 1,075 | 13,927 |
| Total: | | |
| 1967 | 50,815 | 707,319 |
| 1966 | 52,744 | 657,736 |
| 1965 | 47,446 | 550,451 |
| B. Boy Scout leaders: | | |
| Boy Scout program | 4,835 | 57,039 |
| The patrol method | 4,063 | 48,654 |
| The outdoor program | 2,789 | 36,863 |
| Training boy leaders | 3,579 | 42,821 |
| Program planning | 3,986 | 46,291 |
| Advancement and troop financing | 3,828 | 44,701 |
| Boy behavior | 3,297 | 38,709 |
| Showando | 575 | 25,061 |
| Junior leader training | 1,451 | 75,614 |
| Summer camp know-how | 1,396 | 28,305 |
| Boy Scout leader instructor training | 1,063 | 11,492 |
| Total: | | |
| 1967 | 30,862 | 455,550 |
| 1966 | 29,448 | 459,601 |
| 1965 | 27,668 | 353,090 |
| C. Explorer leaders: | | |
| Post leader training | 1,924 | 13,272 |
| Ship leader training | 213 | 1,507 |
| Understanding Explorers | 1,271 | 9,758 |
| Explorer leader instructor training | 401 | 2,346 |
| Total: | | |
| 1967 | 3,809 | 26,883 |
| 1966 | 4,314 | 27,161 |
| 1965 | 4,134 | 26,038 |

See footnote at end of table.

## National Summary of [Leadership Training—Continued]

| 5. Awards issued: | | 1966 |
|---|---|---|
| Scouter's Keys: | | |
| Cubmaster | | 2,038 |
| Scoutmaster | | 3,539 |
| Explorer Advisor | | 482 |
| Commissioner | | 1,904 |
| Total | | 7,963 |
| Den Mother's Training Award | 8,286 | 8,977 |
| Scouter's Training Award | 8,951 | 9,768 |

¹ Not available.

## SCOUTING COMMUNICATIONS

Three periodicals, other publications, and the audiovisual materials of the Boy Scouts of America keep boys, volunteers, and professionals informed.

BOYS' LIFE    In 1967 *Boys' Life* ranked 19th among all magazines published in the United States with a circulation of 2,529,167, a gain of 2.9 percent over 1966. This represents about 55.3 percent of the total membership. Over 350,000 subscribers are non-Scouts.

In keeping with the *Boys' Life* editorial philosophy, outstanding writers, artists, illustrators, and photographers contributed to the magazine throughout the year. *Boys' Life* was recognized for its outstanding graphics by the Society of Publication Designers and received its annual "excellence of design" award. *Boys' Life* also won awards from the New Jersey and New York Art Directors Clubs and the Society of Illustrators.

On November 1, 1967, *Boys' Life* announced the first annual Franklin K. Mathiews Award competition for outstanding literature in the juvenile field. The competition, which will end November 1, 1968, provides a cash award of $10,000. The winning manuscript will be published in hard cover by G. P. Putnam's Sons and serialized by *Boys' Life*. The award is named in honor of the first Chief Scout Librarian who also served as one of the first editors of the magazine.

The Book Department announced four new titles this year, *The Cub Book*, *Pedro's Tall Tales*, *Time Machine to the Rescue*, and *Great Crime Busters*. This brings the total to 18 books. Ten more titles are currently in preparation. Since the department's inception in 1963, nearly a half-million books have been sold.

The Circulation Department produced a four-page color brochure entitled *Reading for the Space Age*, which explains to students why reading is important to their growth process. The introduction was written by John Glenn.

*Boys' Life* continued to provide resource material for the program of the Boy Scouts of America. Additional material was added for

BSA_ID 3696

the Cub Scout program. The "Adventures in Scouting" series continued to feature high-adventure stories for Boy Scouts. A new series on "Cities of the World" was begun. Other articles of current interest were "Growing Up in Harlem" by John Oliver Killens and a condensation of the novel by John R. Tunis, *The Killing at Nogent-Plage*. Regular columns on science, automobiles, grooming, and sports continued to be favorites with older boy readers.

OTHER PERIODICALS    *Scouting Magazine*, sent 10 times a year to every registered man and woman, has a circulation of 1,445,300. Together with *Program Helps*, it keeps them posted on unit leadership and district and council operation.

A biweekly newsletter, *The Scout Executive*, carries announcements needed to keep professional Scouters informed.

PUBLICATIONS    In addition to periodicals, more than 300 books, pamphlets, newsletters, and leaflets record techniques, policies, and philosophy of the Scout program. A daily newspaper, the *Jamboree Journal*, and a souvenir book were produced for participants at the XII World Jamboree. Another newspaper, *The Daily Order*, and a conference report were produced for the national Order of the Arrow conference.

Production on new or revised books, including *Wolf Cub Scout Book*, *Bear Cub Scout Book*, *Webelos Scout Book*, the *Fieldbook*, and the *Patrol Leader's Handbook*, totaled 3,086,560 pieces during the year.

AUDIOVISUALS    Audiovisual materials included a motion picture, "A Chance To Save a Life," sponsored by Prudential Insurance Co. of America. At least one print of this film on mouth-to-mouth resuscitation was furnished each council. Ten filmstrips supported the revised Cub Scout program. "Ceremonies 1967" showed district and council ceremonies for special occasions. Recordings were made of the World Jamboree, songs by the 286th National Training School, and "Sounds and Staging for Recognition Meetings." Slides were made of the World Jamboree. Television and radio spots told the Scouting story, including the revised Cub Scout program. Programed instruction was prepared for "Planning Visuals That Tell a Story" and "A Guide to Merit Badge Counseling." Special presentations were prepared for the Report to the Nation, Annual Meeting, and World Jamboree.

## PUBLIC INFORMATION

Scouting's public information program was headlined by the year's theme of *Scouting rounds a guy out*. Applied to national (public service) advertising, the theme and supporting campaign was developed by a volunteer advertising agency.

Radio and television, newspapers, industrial publications, outdoor advertising, and other media gave increased support throughout the entire year.

BOY SCOUT WEEK    This annual event attracted special public attention to the aims and purposes of Scouting through featured activities and the support of radio, television, newspapers, industrial publications, and other media.

ANNUAL MEETING    Mobilization of volunteer resources in the Allegheny Council, including support of the United States Steel Corporation, featured hometown identification of participants, service to 150 radio stations, and photos sent to 289 newspapers from Pittsburgh.

WORLD JAMBOREE    Voluntary resources in business and industry, together with a strong volunteer publicity group at the jamboree site and in news centers in New York and Washington, D.C., produced many stories, radio broadcasts, televised programs, and magazine features. MacDonald's Corporation sponsored an hour-long American Broadcasting System telecast. Ex-Cell-O Corporation produced a feature-length 16mm motion picture for use in 25,000 Paramount theaters. Scout correspondents, 2,000 strong, told the story on hometown levels. The jamboree theme "For Friendship" moved around the world through worldwide media. Ten million airmail postcards, a special jamboree issue by the U.S. Post Office, honored the event. The XXI Boy Scouts World Conference, following the jamboree, was also widely publicized in all nations represented.

VOLUNTEER ADVERTISING AGENCIES    Strong support was given by advertising and public relations agencies, on both the national and local level. Major events were handled by Benton and Bowles, New York; Hixson-Jorgenson, Los Angeles; Erwin-Wasey, New York; and Lennen and Newell, New York.

PUBLIC RELATIONS TRAINING    Philmont Scout Ranch and Explorer Base was the site of a special public relations training seminar for 32 Scouters from across the country during the summer.

## RESEARCH AND DEVELOPMENT

Over half of the research during 1967 was directed toward the Inner-City/Rural Program which is designed, through experimentation, to learn how to use the Scout program more effectively among boys who live in distressed urban and rural areas.

BSA_ID 3697

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Andrew M. Chasan, andrew.chasan@chasanwalton.com
Timothy C. Walton, timwalton2000@hotmail.com
Gilion C. Dumas, gilion@dumaslawgroup.com
Ashley L. Vaughn, ashley@dumaslawgroup.com
Stephen R. Thomas, sthomas@hawleytroxell.com
Mindy M. Muller, mmuller@hawleytroxell.com
Tyler J. Anderson, tanderson@hawleytroxell.com
Wade L. Woodard, wlw@aswblaw.com
Steven B. Andersen, sba@aswblaw.com
Haley K. Krug, hkk@aswblaw.com

>*/s/ Ashley L. Vaughn*
>Ashley L. Vaughn

**CERTIFICATE OF SERVICE**